UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRACI MCDANIEL, | ) Case No. 2:10-CV-02273-KJM-KJN |
| Plaintiff, | ) |
| vs. | ) ORDER GRANTING JOINT <br> ) STIPULATION AND MOTION TO <br> ) DISMISS ENTIRE ACTION WITH |
| NCO FINANCIAL SYSTEMS, INC., | ) PREJUDICE |
| Defendant. | ) |

Based on the Joint Stipulation and Motion to Dismiss Entire Action, with Prejudice filed in this action, the above-captioned action is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: June 2, 2011.

_____
UNITED STATES DISTRICT JUDGE